FILED  Reset Form

2023 JUL 20 AM 8:51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____ AP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 5:23-mj-00356 |
| | 113C 0:23CR60050-1 |
| Harris, Melanie | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: _____
in the Sothern District of Florida on June 30, 2023
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about June 9, 2023
in violation of Title 18 U.S.C., Section(s) 3148
to wit: Bond Violation

A warrant for defendant's arrest was issued by: Warren Conday

Bond of $ 50,000 was ☑ set / ☐ recommended.

Type of Bond: Personal Surety Bond

Relevant document(s) on hand (attach): _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/20/23
             Date

Signature of Agent

Print Name of Agent: Stephen Harrison

Agency: FBI

Title: Special Agent