Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

**FILED**
2023 JUL 20 AM 8:51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
AP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Melanie Harris<br><br>USMS# _____                  PLAINTIFF<br>                                       DEFENDANT | CASE NUMBER:<br>5:23-mj-00356    13C 0:23CR60050-1<br><br>**REPORT COMMENCING CRIMINAL ACTION** |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on July 20, 2023 at 7:20 ☒ AM ☐ PM

    or

    The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

    Title 18 U.S.C. section 3148

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1965

8. Defendant has retained counsel:   ☐ No
    ☒ Yes   Name: Andrew Jacobs    Phone Number: 305-533-4201

9. Name of Pretrial Services Officer notified: duty

10. Remarks (if any): _____

11. Name: _____ (please print)

12. Office Phone Number: 424-220-9572    13. Agency: FBI

14. Signature: [signed]    15. Date: 7/20/23

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION