PS8
(5/02)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-60050-CR-ALTMAN/HUNT (s)      5:23-mj-00356

United States of America

Vs

HARRIS, Melanie



Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By ____ *Warren Condon*
Deputy Clerk
Date **Jun 30, 2023**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW, Nelson Omar Valenzuela, U.S PROBATION OFFICER, presenting an official report upon the conduct of defendant Melanie Harris, who was placed under pretrial release supervision by The Honorable Panayotta Augustin-Birch, United States Magistrate Judge, sitting in the Court at Fort Lauderdale, on April 21, 2023, under the standard conditions of release along with a $50,000 Personal Surety Bond, and the following special conditions: 1) surrender all passports and travel documents; 2) report to pretrial services as directed; 3) participate in mental health assessment & treatment; 4) no contact with victims/witnesses, AUSA and Case Agent; 5) no firearms; 6) may not visit transportation establishments, unless for Court; 7) travel extended to Southern District for Florida and Central District of California; and 8) must reside at residence provided on the record.

Respectfully presenting petition for action of Court and for cause as follows:

On June 9, 2023, the defendant was arrested for 1) assault on police officer, 2) resisting, obstruction, or delay arrest, and 3) misdemeanor -domestic violence.

PRAYING THAT THE COURT WILL ORDER a warrant be issued, and the defendant be brought Court for a hearing to determine if the bond should be revoked, pursuant to 18.U.S.C.§3148.

**ORDER OF COURT**

Considered and ordered this 30th day of June, 2023 and ordered filed and made a part of the records in the above case.

_____

The Honorable Roy K. Altman
United States District Judge

I declare under penalty of perjury that the Foregoing is true and correct.

Executed on June 30, 2023

_____

Nelson Omar Valenzuela
United States Probation Officer
Office: (954) 769-5634
Mobile: (786) 269-1435
Email: Nelson_Valenzuela@flsp.uscourts.gov